RECEIVED
USDC, WESTERN DISTRICT OF LA
ROSS... SHEMWELL, CLERK
DATE 10 3 06
BY OM

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| ANTHONY LONDO | CIVIL ACTION NO. 05-1605-P |
| VERSUS | JUDGE WALTER |
| SGT. BUTLER, ET AL. | MAGISTRATE JUDGE HORNSBY |

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Plaintiff and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**, for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

THUS DONE AND SIGNED, in chambers, at Shreveport, Louisiana, on this 2d day of Oct 2006.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE